IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER A. MORRESI,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL BERG, Chit #9672,<br><br>  Defendant. | 8:21CV358<br><br><br>**MEMORANDUM<br>AND ORDER** |

Plaintiff has filed a motion requesting that this case be postponed or extended until he can retain an attorney and is no longer incarcerated (Filing 10). The court will not grant this open-ended request for a stay of proceedings.

The next step will be for the court to conduct an initial review of Plaintiff's Amended Complaint to determine whether summary dismissal is appropriate under 28 U.S.C. §§ 1915(e) and 1915A. The court will conduct this initial review in its normal course of business.

If Plaintiff so desires, he may voluntarily dismiss the case without prejudice by filing a motion to dismiss under Federal Rule of Civil Procedure 41(a). Even if the case is dismissed, however, Plaintiff will remain responsible for the entire filing fee as long as he is a prisoner.

IT IS ORDERED that Plaintiff's motion to postpone (Filing 10) is denied.

Dated this 30th day of November 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge